# EXHIBIT "B" – General Affidavits

9243715

ORIGINAL

## GENERAL AFFIDAVIT

**THE STATE OF MISSISSIPPI**
**DeSoto County**

BEFORE ME _Amy Simmons_

A Justice Court Clerk / Judge of said County, in District No. ___3___

Agent R. Hutchins, DeSoto County Sheriff's Department

Makes affidavit that <u>Brian Earnshaw</u> D.O.B: ▬▬  SS#: ▬▬
On or about **Thursday, December 15, 2011**, in the county aforesaid, in said Justice's District <u>did willfully, unlawfully, feloniously manufacture a controlled substance to wit: methamphetamine (41-29-139). In violation of Mississippi code, ann. 1972,</u>

**Against the peace and dignity of the State of Mississippi.**

<u>Manufacturing a Controlled Substance to wit: Methamphetamine (41-29-139)</u>

_____
Agent R. Hutchins, DCSD

Sworn to and subscribed before me, this the 15th day of December, 2011

_____
Justice Court Judge / Clerk



16 — Dec 11
BM



EXHIBIT
B

9243716

ORIGINAL

## GENERAL AFFIDAVIT

**THE STATE OF MISSISSIPPI**
**DeSoto County**

BEFORE ME  Amy Simmons

A Justice Court Clerk / Judge of said County, in District No. _____ 3 _____

Agent R. Hutchins, DeSoto County Sheriff's Department

Makes affidavit that Heather Earnshaw  D.O.B: ██████  SS#: ██████
On or about **Thursday, December 15, 2011**, in the county aforesaid, in said Justice's District did willfully, unlawfully, feloniously manufacture a controlled substance to wit: methamphetamine (41-29-139). In violation of Mississippi code, ann. 1972.

**Against the peace and dignity of the State of Mississippi.**

Manufacturing a Controlled Substance to wit: Methamphetamine (41-29-139)

_____
Agent R. Hutchins, DCSD

Sworn to and subscribed before me, this the 15th day of December, 2011

_____
Justice Court Judge / Clerk

M&J
11 22q  71