# EXHIBIT "C" – Arrest Warrants

ORIGINAL

## WARRANT

**THE STATE OF MISSISSIPPI**
**TO ANY LAWFUL OFFICER OF DESOTO COUNTY -- GREETINGS**

We command you to take the body of:

**Brian Earnshaw**  D.O.B: ▓▓▓▓  SS#: ▓▓▓▓▓

If to be found in your county, and **Him** safely keep, so that you have **His** body before the undersigned, a Justice Court Judge of DeSoto County, in said State, to be holden at the office of the undersigned, in DeSoto County, **Instanter 393-5810** then and there to answer unto to State of Mississippi on a charge of **Manufacturing a Controlled Substance (41-29-139)** by affidavit.

**HEREIN FAIL NOT**, and have been there this writ, with manner you have executed the same.

Sworn to and subscribed before me, this the 16 day of Dec., 20 11

BOND: $25,000

_____
Court Judge

### OFFICER'S RETURN

I Have This Day Executed The Within Writ By Personally Arresting

Brian Earnshaw , this 16 Day of December 20 11

By: Roger Hutchins _____, Deputy Sheriff
        Print

By: _____, Deputy Sheriff
        Signature

16 Dec. 11  /BM



EXHIBIT C

ORIGINAL

## WARRANT

### THE STATE OF MISSISSIPPI
### TO ANY LAWFUL OFFICER OF DESOTO COUNTY – GREETINGS

We command you to take the body of:

**Heather Earnshaw** D.O.B: ▓▓▓▓ SS#: ▓▓▓▓

If to be found in your county, and **Her** safely keep, so that you have **Her** body before the undersigned, a Justice Court Judge of DeSoto County, in said State, to be holden at the office of the undersigned, in DeSoto County, **Instanter 393-5810** then and there to answer unto to State of Mississippi on a charge of **Manufacturing a Controlled Substance (41-29-139)** by affidavit.

**HEREIN FAIL NOT**, and have been there this writ, with manner you have executed the same.

Sworn to and subscribed before me, this the 16th day of Dec., 2011

BOND: $25,000

_____
Court Judge

### OFFICER'S RETURN

I Have This Day Executed The Within Writ By Personally Arresting

Heather Earnshaw ; this 16 Day of December 2011.

By: Roger Hutchens , Deputy Sheriff
         Print

By: _____ , Deputy Sheriff
         Signature

16 Dec 11
/BM