# EXHIBIT "D" – Orders Dismissing Causes

IN THE CIRCUIT COURT OF DESOTO COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS.                                           Unindicted charge bound over from
                                              Desoto County Justice Court
BRIAN KEITH EARNSHAW

## ORDER DISMISSING CAUSE

This cause came on for hearing on this day on motion ore tenus of the State of Mississippi, by and through the Office of the District Attorney, for an order dismissing cause arising out of an arrest and charge of manufacture of methamphetamine that occurred on December 15, 2011; the State offering the District Attorney is of the opinion that because no controlled substance was found in the items tested the physical evidence does not support the statements that methamphetamine was being manufactured, and the case might not survive a motion for a directed verdict in light of recent cases presented for trial; and the Court having been advised, does find that said motion is well taken and should be sustained.

IT IS, THEREFORE, ORDERED that the above styled cause be, and the same is hereby dismissed.

The Clerk of this Court is hereby directed to send a certified copy of this Order to the Sheriff of DeSoto County.

SO ORDERED this the 17 day of October, 2012.

_____
ROBERT P. CHAMBERLIN
CIRCUIT COURT JUDGE

_____
Steven Patrick Jubera 102237
Assistant District Attorney

EXHIBIT D

IN THE CIRCUIT COURT OF DESOTO COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS.                                Unindicted charge bound over from
                                           Desoto County Justice Court

HEATHER EARNSHAW

## ORDER DISMISSING CAUSE

This cause came on for hearing on this day on motion ore tenus of the State of Mississippi, by and through the Office of the District Attorney, for an order dismissing cause arising out of an arrest and charge of manufacture of methamphetamine that occurred on December 15, 2011; the State offering the District Attorney is of the opinion that because no controlled substance was found in the items tested the physical evidence does not support the statements that methamphetamine was being manufactured, and the case might not survive a motion for a directed verdict in light of recent cases presented for trial; and the Court having been advised, does find that said motion is well taken and should be sustained.

IT IS, THEREFORE, ORDERED that the above styled cause be, and the same is hereby dismissed.

The Clerk of this Court is hereby directed to send a certified copy of this Order to the Sheriff of DeSoto County.

SO ORDERED this the __17__ day of __October__, 2012.

_____
ROBERT P. CHAMBERLIN
CIRCUIT COURT JUDGE

_____
Steven Patrick Jubera 102237
Assistant District Attorney