IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**BRIAN EARNSHAW, ET AL**                                                              **PLAINTIFFS**

**V.**                              **NO. 3:13CV78-M**

**DESOTO COUNTY, MISSISSIPPI, ET AL**                      **DEFENDANTS**

### ORDER DISMISSING ACTION BY REASON OF SETTLEMENT

The court has been advised by counsel that this action has been settled, or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the court.

**IT IS HEREBY ORDERED** that this action be dismissed without prejudice. The court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

This the 16th day of October, 2013.

                                                     /s/ Michael P. Mills
                                                     **CHIEF JUDGE**
                                                     **UNITED STATES DISTRICT COURT**
                                                     **NORTHERN DISTRICT OF MISSISSIPPI**